Joseph W. Babcock, Plaintiff in Error, *vs.* Wm. L. Banning, Defendant in Error.

ERROR TO THE DISTRICT COURT OF RAMSEY COUNTY.

The Supreme Court will not entertain a case and review a judgment of the District Court, where it appears satisfactorily that the subject matter of the action has been settled by the parties, and the judgment satisfied.

This was a motion to dismiss the Writ of Error upon affidavits showing that the judgment was satisfied with the assent of the Plaintiff in Error.

D. C. Cooley, Counsel for Plaintiff in Error.

H. J. Horn, Counsel for Defendant in Error.

*By the Court*—Flandrau, J. This Court will not entertain a case and review a judgment rendered in the District Court, where it appears satisfactorily that the subject matter of the action has been settled by the parties, and the judgment satisfied. It is quite clear from the affidavits read on this motion, that Babcock knew of and assented to the adjustment of

the debt and the satisfaction of the judgment. He has no right under such circumstances to continue the litigation of questions practically put at rest, against the will of the other party to the action; nor has he any right to expect this Court to consume its time in the decision of questions of abstract moment only.

The motion to dismiss the writ is granted.